# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATSON GUIDE IP, LLC, and<br>GUIDEDSMILE, LLC,<br><br>                Plaintiffs,<br><br>   v.<br><br>360 IMAGING, LLC d/b/a 3Sixty,<br><br>                Defendant. | C.A. No.: _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Watson Guide IP, LLC ("Watson Guide") and GuidedSMILE, LLC ("GuidedSMILE") (collectively, "Plaintiffs"), by their undersigned attorneys, for their complaint against 360 Imaging, LLC d/b/a 3Sixty ("3Sixty") allege as follows:

## NATURE OF THE ACTION

1. This is a patent infringement action alleging that 3Sixty has infringed and continues to infringe and induce infringement of one or more claims of U.S. Patent No. 11,173,016 ("the '016 patent") by making, using, selling, and offering to sell its 360 Anatomic Guide surgical guide product and services.

## THE PARTIES

2. Plaintiff Watson Guide is a Delaware limited liability company having its principal place of business at 4933 Ocean View Blvd., La Canada, CA 91011.

3. Plaintiff GuidedSMILE is an Ohio limited liability company with a principal place of business at 7100 E. Pleasant Valley Rd., Independence, OH 44131.

4. Defendant 3Sixty is, on information and belief, a Delaware limited liability company with a principal place of business at 6445 Powers Ferry Rd. NW, Suite 360, Atlanta, GA 30328.

## JURISDICTION AND VENUE

5. This is a civil action for patent infringement under the laws of the United States, Title 35 United States Code.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1338(a) and 1331.

7. This Court has personal jurisdiction over 3Sixty because it is a Delaware corporation.

8. Venue is proper in this District under 28 U.S.C. § 1400(b) because 3Sixty is a Delaware corporation.

## BACKGROUND

9. Watson Guide is the owner by assignment of the '016 patent. The '016 patent describes and claims apparatus and methods for installing a multi-tooth dental prosthesis. Jason Watson, the inventor of the '016 patent and managing member of Watson Guide, is an innovation leader in techniques for installing multi-tooth dental prostheses.

10. GuidedSMILE is the exclusive licensee of the '016 patent. GuidedSMILE manufactures and sells CHROME GuidedSMILE products that practice the '016 patent. CHROME GuidedSMILE provides dentists with a preplanned, predictable guided surgery for multi-tooth dental protheses. The CHROME GuidedSMILE stackable guide coordinates implants, bone reduction, prosthetics, with a simplified final conversion protocol. Components of the CHROME GuidedSMILE system are shown below:



Surgical Phase     Restorative Phase

11. The '016 patent, titled "Fixation Base and Guides for Dental Prothesis Implantation," was duly and legally issued by the United States Patent and Trademark Office on November 16, 2021. A true and correct copy of the '016 patent is attached as Exhibit A.

12. Watson Guide and GuidedSMILE have complied with 35 U.S.C. § 287(a) by marking substantially all of the CHROME GuidedSMILE products with an internet address, accessible to the public without charge, that associates the patented article with the number of the '016 patent.

13. 3Sixty was given notice of the '016 patent and its infringement in a letter sent by Federal Express to Yahia Megahed, CEO of 3Sixty in October, 2022.

14. Neither Watson Guide nor GuidedSMILE has authorized 3Sixty to use the '016 patent or any portion thereof.

15. On information and belief, 3Sixty makes, sells and offers to sell guided surgery products under "360 Anatomic Guide" branding.

16. On information and belief, the 360 Anatomic Guide product infringes and is used to infringe the '016 patent, as shown by example below with regard to claim 6 of the '016 patent:

| Claim | 360 Anatomic Guide |
|---|---|
| 6. An apparatus for installing a dental prosthesis to maxillary or mandibular jaw bone of a patient, the apparatus comprising: | |
| a fixation base for providing an attachment surface for a dental guide used during a dental prosthesis installation procedure, | The fixation base of the 360 Anatomic Guide is shown below attached to the lower jaw"  |

| **Claim** | **360 Anatomic Guide** |
|---|---|
| the fixation base further comprising a generally arcuate base member | The 360 Anatomic Guide fixation base is arch-shaped:<br> |
| with a front surface that includes a plurality of openings through which fasteners can be passed, | The front surface of the 360 Anatomic Guide has holes through which fasterners can be placed, as shown by the holes with screws below:<br> |

| Claim | 360 Anatomic Guide |
|---|---|
| a rear surface, | The rear surface of the 360 Anatomic Guide is shown below against the jaw:<br> |
| a horizontal surface, | The horizontal surface of the 360 Anatomic Guide is shown below with square openings for fasteners:<br> |

| Claim | 360 Anatomic Guide |
|---|---|
| manually releasable attachment elements for attachment of a dental guide used during a prosthesis installation to the fixation base, | The manually releasable elements in the 360 Anatomic Guide fixation base are shown below being used to attach a drill guide.<br> |
| wherein the fixation base is configured and dimensioned to fit only in front of the maxillary or mandibular bone structure of a patient and which fixation base itself does not include any portions which would otherwise extend in back of the maxillary or mandibular bone structure of a patient. | The 360 Anatomic Guide fixation base fits only in front of the maxillary or mandibular bone, as shown below:<br> |

17. On information and belief, 3Sixty has induced others to use the 360 Anatomic Guide product in a manner that infringes the '016 patent through advertisements, instruction manuals and videos.

18. On information and belief, 3Sixty has wilfully infringed the '016 patent despite knowing of the '016 patent and the infringement.

## COUNT I

### Infringement of the '016 Patent

19. Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

20. Through making, selling and offering for sale of the 360 Anatomic Guide product, 3Sixty has directly infringed and continues to directly infringe the '016 patent in violation of 35 U.S.C § 271(a).

21. By causing others to use the invention claimed in the '016 patent, 3Sixty has induced infringement in violation of 35 U.S.C § 271(b).

22. 3Sixty's acts of infringement and inducement of infringement have been and continue to be willful and deliberate.

23. By reason of 3Sixty's infringement and inducement, Watson Guide and GuidedSmile have suffered and continue to suffer damages, including lost profits.

24. By reason of 3Sixty's infringement and inducement, Watson Guide and GuidedSmile have suffered irreparable harm for which there is no adequate remedy at law, which will continue unless 3Sixty is enjoined.

## JURY DEMAND

Plaintiffs demand a trial by jury as to all claims and all issues properly triable thereby.

## PRAYER FOR RELIEF

WHEREFORE, Watson Guide and GuidedSMILE respectfully request the Court enter judgment in their favor and against 3Sixty as follows:

a) Declaring that 3Sixty has directly infringed and is directly infringing the '016 patent;

b) Declaring that 3Sixty has induced infringement of the '016 patent;

c) Declaring that 3Sixty's infringement and inducement have been willful;

d) Declaring that this case is exceptional under 35 U.S.C. § 285;

e) Preliminarily and permanently enjoining 3Sixty from making, selling or offering for sale its 360 Anatomic Guide products and colorable variations thereof;

f) Preliminarily and permanently enjoining 3Sixty from encouraging others to use the 360 Anatomic Guide products and colorable variations thereof;

g) Awarding Watson Guide and GuidedSMILE their respective damages including lost profits, but not less than a reasonable royalty;

h) Trebling the damages awarded to Watson Guide and GuidedSMILE;

i) Awarding all costs and expenses of this action, including Watson Guide's and GuidedSMILE's reasonable attorneys' fees;

j) Awarding pre-judgment and post-judgment interest;

k) Awarding such other and further relief as the Court may deem just, necessary, and proper.

CONNOLLY GALLAGHER LLP

OF COUNSEL:

Bruce G. Chapman
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
(310) 887-1333
bruce@orbitip.com

Dated: December 17, 2025

/s/ Alan R. Silverstein
Alan R. Silverstein (#5066)
1201 North Market Street
20th Floor
Wilmington, DE 19801
(302) 757-7322
asilverstein@connollygallagher.com

*Attorneys for Watson Guide IP, LLC and GuidedSMILE, LLC*